# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154936

*In re*:

GREGG P. IDDINGS, JUDGE
LENAWEE COUNTY PROBATE COURT

SC: 154936
RFI Nos. 2016-022112;
2016-022247

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the Judicial Tenure Commission Decision and Recommendation for Order of Discipline is considered. Pursuant to MCR 9.225, we REMAND this matter to the Judicial Tenure Commission for further explication. We DIRECT the Commission to file a supplemental report within 28 days of the date of this order. The supplemental report shall be filed under seal. In order to enable the Court to have sufficient information upon which to consider the Commission's recommendation, the supplemental report shall include the May 2, 2016 report on the EEO complaint authored by Priscilla Archangel, Ph.D., and any reports or assessments prepared by Kenneth M. Adams, Ph.D. regarding the respondent. The supplemental report shall also address how often the respondent is seeing or will see his therapist. The supplemental report shall also state the basis for the Commission's conclusion that it is convinced of the respondent's sincerity.

We retain jurisdiction.



a0131

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2017



Clerk